USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
ROBERT ACEVEDO,                                                      :
:
                              Plaintiff,   :      1:20-cv-08545-GHW
:
      -against-                                                     :      ORDER
:
GG COLUMBUS CIRCLE LLC and HEALTHY                                   :
FOOD ENTERPRISES, III, INC.,                                         :
:
                             Defendants.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       Plaintiff commenced this action on October 14, 2020, alleging violations of the Americans with Disabilities Act, the New York State Human Rights Law, the New York State Civil Rights Law, and the New York City Human Rights Law. Dkt. No. 1. Defendant Healthy Food Enterprises, III, Inc. was served on October 21, 2020. Dkt. No. 9. The deadline for Defendant Healthy Food Enterprises, III, Inc. to answer the complaint was November 12, 2020. *Id.*

       Plaintiff is directed to submit a letter to the Court regarding the status of the case no later than November 25, 2020. Plaintiff is further directed to serve this order on Defendants and file proof of service on the docket.

       SO ORDERED.

Dated: November 18, 2020
New York, New York

                                                                       GREGORY H. WOODS
                                                          United States District Judge