USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
ROBERT ACEVEDO,                                                     :
:
                              Plaintiff,    :    1:20-cv-08545-GHW
:
          -against-                                      :    ORDER
:
GG COLUMBUS CIRCLE LLC and HEALTHY                                  :
FOOD ENTERPRISES, III, INC.,                                        :
:
                             Defendants.   :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      The Court has reviewed Plaintiff's November 25, 2020 status report. Dkt. No. 13. Plaintiff is directed to submit another letter to the Court regarding the status of this case no later than December 31, 2020. Plaintiff is reminded that he must comply with the Court's Individual Rules of Practice in Civil Cases.

      Plaintiff is directed to serve this order on Defendants and retain proof of service.

      SO ORDERED.

Dated: November 29, 2020
                                                GREGORY H. WOODS
                                           United States District Judge