```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                     :
ROBERT ACEVEDO,                                                      :
                                                                     :
                                        Plaintiff,                   :   1:20-cv-08545-GHW
                                                                     :
                    -against-                                        :   ORDER
                                                                     :
GG COLUMBUS CIRCLE LLC and HEALTHY                                   :
FOOD ENTERPRISES, III, INC.,                                         :
                                                                     :
                                        Defendants.                  :
                                                                     :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2021

GREGORY H. WOODS, District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than January 12, 2021.  Dkt. No. 7.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than January 15, 2021.

Plaintiff is directed to serve this order on Defendant Healthy Food Enterprises, III, Inc. and retain proof of service.

SO ORDERED.

Dated:  January 13, 2021

_____
GREGORY H. WOODS
United States District Judge