# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/15/2021

**MEMORANDUM ENDORSED**

January 15, 2021

<u>Via ECF</u>

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York

      **Re:**    *Robert Acevedo v. GG Columbus Circle LLC and Healthy Food Enterprises, III, Inc.*

**Docket No. 1:20-cv-08545 (GHW)(KHP)**

Dear Judge Woods:

      We represent the plaintiff in the above-entitled action. Pursuant to Rule 1. E. of Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully ask the Court to adjourn the January 19, 2021 initial conference to a date in March 2021. As Your Honor may recall, neither defendant appeared in this action when Your Honor issued the order of November 18, 2020 concerning tenant defendant Healthy Food Enterprises, III, Inc. (See ECF Document # 10). Thereafter, plaintiff made substantial efforts and was able to obtain the appearance of the landlord defendant GG Columbus Circle LLC in late December 2020. Your Honor thereafter granted landlord defendant GG Columbus Circle LLC an extension until January 31, 2021 for it to answer or otherwise respond to the complaint. (See ECF Document #19).

      With the recent appearance of the landlord defendant GG Columbus Circle LLC, plaintiff is optimistic that he will be able to obtain the appearance of the tenant defendant Healthy Food Enterprises, III, Inc. Plaintiff therefore respectfully asks for the additional time to obtain the appearance of the tenant defendant so that all parties can participate in the litigation and hopeful resolution of this action. This is the first application to adjourn the conference and all parties who have appeared consent.

      Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Robert G. Hanski, Esq.

---

Application granted. The initial pretrial conference scheduled for January 19, 2021 is adjourned to March 1, 2021 at 3:00 p.m. The conference will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The joint status letter and the proposed case management plan referenced in the Court's October 15, 2020 order, Dkt. No. 7, are due no later than February 22, 2021.
.
Plaintiff is directed to serve this order on Defendant Healthy Food Enterprises, III, Inc. and retain proof of service.

SO ORDERED.
Dated: January 15, 2021

_____
GREGORY H. WOODS
United States District Judge